**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CAMPOS SANJINEZ, Pierr Yovany** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JAMISON, J.L., Warden, Federal Detention** | : | |
| **Center, Philadelphia; RIFE, John E., Acting** | : | |
| **Field Office Director, Immigration and** | : | |
| **Customs Enforcement, Enforcement and** | : | **No. 26-2943** |
| **Removal Operations, Philadelphia Field** | : | |
| **Office; MULLIN, Markwayne, Secretary of** | : | |
| **The Department of Homeland Security;** | : | |
| **BLANCHE, Todd, Acting U.S. Attorney** | : | |
| **General; U.S. DEPARTMENT OF** | : | |
| **HOMELAND SECURITY; EXECUTIVE** | : | |
| **OFFICE OF IMMIGRATION REVIEW,** | : | |
| | : | |
| Respondents. | : | |

**AND NOW,** this 4th day of May, 2026, upon consideration of Pierr Yovany Campos Sanjinez's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.**

It is **FURTHER ORDERED** as follows:

1.  Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than **1:00 p.m. on May 7, 2026,** file a response to the habeas petition and show cause why the petition should not be granted.

2.  Petitioner shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3.  Counsel for Petitioner shall serve this Order to the respondents at the following email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

BY THE COURT:

_____

Hon. Mia R. Perez